IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Rosa Lee Pringle, | ) | C.A. #2:08-2799-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Daniel H. Martin, Jr., a/k/a Former | ) | |
| Judge Daniel E. Martin, Sr., a/k/a Former | ) | |
| Atty Daniel E. Martin, Sr., a/k/a Nickname | ) | |
| Atty Danny Jr., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court for review of the Report and Recommendation ("the Report")

filed by United States Magistrate Judge Robert S. Carr whom this case had previously been assigned

pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.).  In the Report, Magistrate

Judge Carr recommends that the complaint be summarily dismissed without prejudice and without

issuance and service of process.  Plaintiff filed her timely objections on August 26, 2008.

In conducting this review, the court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party
> may file written objections. . . . The Court is not bound by the recommendation of the
> magistrate judge but, instead, retains responsibility for the final determination.  The
> Court is required to make a de novo determination of those portions of the report or
> specified findings or recommendations as to which an objection is made.  However, the
> Court is not required to review, under a de novo or any other standard, the factual or
> legal conclusions of the magistrate judge as to those portions of the Report and
> Recommendation to which no objections are addressed.  While the level of scrutiny
> entailed by the Court's review of the Report thus depends on whether or not objections
> have been filed, in either case, the Court is free, after review, to accept, reject, or modify
> any of the magistrate judge's findings or recommendations.

*Wallace v. Housing Auth. of the City of Columbia*, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations

omitted).  In light of this standard, the Court has reviewed, *de novo*, the Report and the objections

thereto.  The Court accepts the Report.  Accordingly, the magistrate judge's Report is incorporated into

this order.

      **IT IS THEREFORE ORDERED** that the within case is **dismissed without prejudice and**

**without issuance and service of process** .

      **AND IT IS SO ORDERED.**

                                PATRICK MICHAEL DUFFY

                                United States District Judge

September 16, 2008
Charleston, South Carolina

**NOTICE OF APPEAL**

     Plaintiff is hereby notified that she has the right to appeal this Order within **thirty (30) days** from the date hereof pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.